ON REMAND FROM THE ALABAMA SUPREME COURT
Pursuant to the decision of the Alabama Supreme Court inEx parte Smith, 554 So.2d 451 (Ala. 1989), this case is remanded to the Circuit Court of Houston County with directions to conduct a post-trial hearing in accordance with Jackson v.Denno, 378 U.S. 368, 84 S.Ct. 1774, 12 L.Ed.2d 908 (1964), to determine whether appellant's inculpatory statements were voluntary. Upon conclusion of the hearing, due return should be made to this court.
REMANDED WITH DIRECTIONS.
All Judges concur.
 ON RETURN TO REMAND